# United States Bankruptcy Court

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Mark E. Moon<br>**Debtor** | Bankruptcy Case No. 20-30711 DM 11 |
| E. Mark Moon; Lori H. Moon<br>**Plaintiff** | |
| Milestone Financial, LLC; William R. Stuart; Bear Bruin Ventures, Inc.; Evergreen Escrow, Inc.<br>**Defendant** | Adversary Proceeding No. 20-03117 |

### AMENDED NOTICE OF STATUS CONFERENCE IN A CASE REMOVED TO BANKRUPTCY COURT

YOU ARE NOTIFIED that a status conference of the case removed to the bankruptcy court will be held at the following time and place.

| Address | Room |
|---|---|
| via Tele/Videoconference - www.canb.uscourts.gov/calendars. | |
| | Date and Time<br>1/29/21<br>1:30 PM |

Counsel for the removing party shall serve a copy of this notice on opposing counsel within ten (10) days and file a proof of service with the court.

*Clerk of the Court*

11/25/2020                                By :   *Phyllis L Wright*

*Date*                                              *Deputy Clerk*