United States Bankruptcy Court

Northern District of California

Moon,
    Plaintiff
Milestone Financial, LLC,
    Defendant

Adv. Proc. No. 20-03117-DM

# CERTIFICATE OF NOTICE

District/off: 0971-3  User: admin  Page 1 of 2
Date Rcvd: May 27, 2022  Form ID: NTCRFAP  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2022:**

**Recip ID    Recipient Name and Address**
+   Joyce K. Lau, The Fuller Law Firm, P.C., 60 No. Keeble Ave, San Jose, CA 95126-2723

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2022 at the address(es) listed below:

**Name    Email Address**

Bernard Kornberg
    on behalf of Defendant Milestone Financial  LLC bernard.kornberg@practus.com

Cathleen Cooper Moran
    on behalf of Plaintiff E. Mark Moon ecf@moranlaw.net  cathy@moranlaw.net

Harris L. Cohen
    on behalf of Defendant Bear Bruin Ventures  Inc. hcohen00@aol.com

John P. McDonnell
    on behalf of Plaintiff E. Mark Moon jpmcdon@aol.com

Lars T. Fuller
    on behalf of Defendant Bear Bruin Ventures  Inc. Fullerlawfirmecf@aol.com, Larsfullerecf@aol.com

Martha J. Simon
    on behalf of Resolution Advocate Martha J.(ra) Simon mjs@mjsimonlaw.com  mjsecf@gmail.com

Form NTCRFAP

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re:<br>Mark E. Moon Debtor(s) | Bankruptcy Case No.: 20−30711<br>Chapter: 11 |
| E. Mark Moon Plaintiff(s)<br>vs.<br>Milestone Financial, LLC Defendant(s) | Adversary No. 20−03117 |

## NOTICE OF REFERRAL OF APPEAL TO BANKRUPTCY APPELLATE PANEL

**To All Parties:**

You are hereby notified the enclosed Notice of Appeal has been filed by <u>Milestone Financial, LLC</u> with the Clerk of the Bankruptcy Court. Pursuant to orders of the Judicial Council of the Ninth Circuit and the United States District Court for this district, this appeal is referred to the United States Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Dated: <u>5/27/22</u>

        Edward J. Emmons
        Clerk of Court
        United States Bankruptcy Court


        By: <u>Linda Jerge</u>
                Deputy Clerk


**NOTICE FROM CLERK OF 9TH CIRCUIT BAP:** For all cases opened at the BAP beginning February 1, 2015, all excerpts of record must be filed electronically and no paper copies will be necessary. In all other cases effective immediately any attorney or other electronic filer may file the excerpts electronically without submitting paper copies. Please see Rule 3 of the Administrative Order Regarding Electronic Filing in BAP Cases available on the BAP website at www.ca9.uscourts.gov/bap/.