

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**July 1, 2022**

BAP Appeal Number(s):

**NC-22-1103**
**NC-22-1117**

Bankruptcy Appellate Panel
of the Ninth Circuit
125 S. Grand Avenue
Pasadena, CA 91105

**Re: Incomplete Record on Appeal:**

**E,Mark Moon et al v. Milestone Financial, LLC, et al., Adversary Proceeding 20-03117 (In re: Mark E. Moon Bankruptcy Case 20-30711 ) Judge Dennis Montali**

The undersigned Clerk of the U.S. Bankruptcy Court hereby certifies that the record on appeal has not been completed for the above referenced matter(s). The following items have not been filed:

☐ No Filing Fees Paid
☐ No Designation of Items for the Appeal Record
☐ No Statement of Issues
☐ No Certification/Notice Regarding Transcript will not be ordered
☑ No Reporter/Transcriber's Transcript(s)

Reporter/Transcriber name:

Phone:      Transcript Hearing date(s): 1/14/22; 10/15/21

☑ No Transcript Fees paid
☐ Extension of Time Granted to Reporter - New deadline:
☑ Other: Document indicates transcripts to be ordered. three dates of audio hearings listed on the appellant designation. No transcript requests for any of the four individual dates reflected as a designated audio hearing or transcript to be requested.

If you have any questions, please contact me at **(510) 879-3500.**     .

Edward Emmons, Clerk
United States Bankruptcy Court

By: */s/Phyllis L. Wright*

Phyllis L. Wright Deputy Clerk