

HARRIS L. COHEN, ESQ., State Bar # 119600
HARRIS L. COHEN, A PROF. CORP.
5305 Andasol Ave.
Encino, CA 91316
tel (818) 905-5599 / fax (818) 905-5660
Email: hcohen00@aol.com

Signed and Filed: August 24, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Email: joyce@fullerlawfirm.net

Attorneys for Defendants,
Milestone Financial, LLC, William R. Stuart and
Bear Bruin Ventures, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re E. MARK MOON, Debtor, | CASE NO. 20-30711 |
| _____ | CHAPTER 11 |
| E. MARK MOON AND LORI H. MOON | ADV NO. 20-03117 |
| Plaintiffs, | **JUDGMENT FOR ATTORNEY'S FEES IN FAVOR OF PLAINTIFFS AGAINST MILESTONE FINANCIAL, LLC** |
| v. | |
| Milestone Financial, LLC, a California Limited Liability Company, William R. Stuart, Bear Bruin Ventures, Inc., a California Corporation, Evergreen Escrow, Inc. | |
| Defendants. | |
| _____ | |

In the Court's order of July 12, 2022 [Doc# 127], the Court ordered that Plaintiffs, E. Mark Moon and Lori H. Moon (collectively "Plaintiffs"), were awarded One Hundred Sixty Five Thousand Three Hundred Sixty Seven Dollars and fifty cents ($165,367.50). The award was payable only by defendant, Milestone Financial, LLC ("Milestone"). The request for additional fees was taken under submission.

Thereafter, the Court entered an order [Doc# 129] on August 3, 2022, and awarded Plaintiffs an additional Eighty One Thousand Six Hundred Dollars ($81,600), for a total attorney's fees award of Two Hundred Forty Six Thousand Nine Hundred Sixty Seven Dollars and fifty cents ($246,967.50).

THEREFORE, the Court enters judgment of an award of attorney's fees in favor of Plaintiffs and against Milestone in the amount of $246,967.50, which includes the prior attorneys' fees award of $165,367.50.

**END OF JUDGMENT**

## <u>COURT SERVICE LIST</u>

All electronic service