Entered on Docket
April 22, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: April 22, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MARK E. MOON,<br><br>          Debtor.<br>_____ | Bankruptcy Case<br>No. 20-30711-DM<br><br>Chapter 11 |
| E. MARK MOON and LORI H. MOON,<br><br>          Plaintiffs,<br><br>v.<br><br>MILESTONE FINANCIAL, LLC, *et al.*,<br><br>          Defendants.<br>_____ | Adversary Proceeding<br>No. 20-03117-DM<br><br>Date: May 24, 2024<br>Time: 10:00 a.m.<br>Via Tele/Videoconference<br>www.canb.uscourts.gov/calendars |

**ORDER SETTING HEARING ON MOTION AND COUNTER-MOTION FOR AWARD OF ATTORNEY'S FEES ON APPEAL**

On March 22, 2023, this court issued an *Order Deferring Decision on Award of Attorney's Fees om Appeal* (Dkt. 154). On April 16, 2024, the Ninth Circuit Court of Appeals issued its Memorandum affirming the appeal and cross-appeal on the usury and the post-maturity interest issues. In light of the

-1-

foregoing, this court will hold a hearing on May 24, 2024, at 10:00 a.m., on Plaintiff's Motion for Award of Attorney's Fees on Appeal and the counter-motion by Milestone Financial, LLC. Both parties are directed to file simultaneous supplemental briefs by May 10, 2024.

All hearings will be conducted by telephone or video conference unless otherwise noted.  Please review the specific calendar page (pdf) posted on the Bankruptcy Court's website for further instructions one week prior to the hearing.

The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing.  If parties have questions about how to participate in a video or telephonic hearing, they may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website at https://www.canb.uscourts.gov/.

**END OF ORDER**

COURT SERVICE LIST

ECF Recipients