Entered on Docket
May 28, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: May 28, 2024**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MARK E. MOON,<br><br>        Debtor.<br>_____<br>E. MARK MOON and LORI H. MOON,<br>        Plaintiffs,<br>v.<br>MILESTONE FINANCIAL, LLC, *et al.*,<br>        Defendants.<br>_____ | Bankruptcy Case<br>No. 20-30711-DM<br><br>Chapter 11<br><br><br><br><br>Adversary Proceeding<br>No. 20-03117-DM |

**ORDER FURTHER DEFERRING DECISION RE AWARD OF ATTORNEYS FEES**

By its *Order Deferring Decision on Award of Attorney's Fees on Appeal* (Dkt. 154), the court deferred its ruling regarding prevailing party attorney's fees pending the outcome at the Ninth Circuit Court of Appeals of the underlying dispute between the parties over usury and the related cross-appeal regarding post-maturity interest.

-1-

On April 16, 2024, the Ninth Circuit (Case No. 23-60006) affirmed the Bankruptcy Appellate Panel's decision affirming this court's earlier decision on both issues. There was no further review sought and that decision is now final.

The court then issued its *Order Setting Hearing on Motion and Counter-Motion for Award of Attorney's Fees on Appeal* (Dkt. 157) and the parties filed two rounds of further briefs. On May 17, 2024, Cross-appellants Lori and Mark Moon filed their *Appellee's Motion for Attorneys' Fees* in the Ninth Circuit.

The deferred matter came on before the court on May 24, 2024 and the parties discussed their respective views of how best to proceed. For the reasons stated on the record, the court determines that the best approach is for it to await instructions from the Court of Appeals. This is to avoid the risk of inconsistent decisions and subjecting the parties and the Court of Appeals to unnecessary duplication of effort and delay.

Accordingly, the matter presently pending resolution on this dispute is DEFERRED pending a decision or some other direction from the Ninth Circuit Court of Appeals.

**END OF ORDER**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | ECF Recipients |